IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GABE KIJAK,                                                              ORDER

          Plaintiff,
                                                              24-cv-557-wmc
   v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

          Defendant.

---

      In this insurance coverage dispute, plaintiff Gabe Kijak asserts breach of contract, bad faith and statutory interest claims against defendant Allstate Property and Casualty Insurance Company for failing to cover alleged hail damage to the roof of his home. Plaintiff has further moved for summary judgment asserting that Allstate has essentially conceded liability by failing to disclose any expert witnesses to refute his expert's opinion that his roof sustained hail damage. (Dkt. #9.) Defendant contested this motion, arguing that: it properly disclosed non-retained expert witnesses to address plaintiff's expert opinions; and it had substantial justification for denying coverage regardless. At the same time, defendant filed a motion to extend its expert disclosure deadline retroactively to May 20, 2025, when it served its formal disclosures, having informally disclosed those opinions as early as January 9, 2024. (Dkt. #16).

1

United States Magistrate Judge Anita Marie Boor considered these motions after briefing was concluded on June 2, 2025. In a report and recommendation entered on July 9, 2025, Judge Boor granted defendant's motion for retroactive extension and recommended that the court deny plaintiff's motion for summary judgment because defendant's newly accepted expert testimony created a genuine dispute of material fact on whether plaintiff's roof suffered hail damage. To date, no objections have been received to the report and recommendation.

ORDER

IT IS ORDERED:

1. The magistrate judge's recommendation is ADOPTED.
2. Plaintiff's motion for summary judgment (dkt. #9) is DENIED.

Entered this 10th day of October, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge